ANTONIO ROSSI, Respondent, *v.* THE PROCTER AND GAMBLE COMPANY, Appellant.

*Rossi* v. *Procter & Gamble Co.*, 156 App. Div. 920, affirmed.
(Argued October 7, 1915; decided October 26, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 30, 1913, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. The questions on appeal were whether, on the evidence, plaintiff and an engineer in the employ of defendant were fellow-servants, and whether questions of fact were presented which should have been submitted to the jury.

*Rutherford B. Meyer* and *Eugene Lamb Richards, Jr.*, for appellant.

*Rosario Maggio* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.